


# GOLDBERG & KAPLAN, LLP
*Attorneys At Law*
11 Park Place - Suite 903
New York, New York 10007
212-269-2363
(Fax) 212-269-2364

DATE:   February 14, 2008

TO:   Honorable Sidney Stein

   AUSA Parvin Moyne

FAX NO.:   212-805-7924

   212-637-2390

FROM:   Brian Kaplan, Esq.

RE:   USA v. Hernandez, 07 Cr. 1044 (SHS)

MESSAGE: As you are aware I represent the above referenced Defendant, Jose Hernandez. The matter is next scheduled for a conference tomorrow, February 15, 2008 at 2:30p.m. I am hereby requesting an adjournment for approximately one month. I just received partial discovery from the Government. There is a lot of material to review alone and with my client. I have spoken to AUSA Moyne and she is not opposed to my request. I am consenting to a waiver of speedy trial time on behalf of my client.

If you have any questions or concerns please contact me at your earliest convenience.

*2/14/08 Conf adjourned to March 7 at 11:30 AM. Deft at that time will notify the court as to what motions he has. Time excluded from today until 3/7. The ends of justice outweigh the interests of the public & Mr. Hernandez in a speedy trial.*

SO ORDERED 2/14/08

_____
Brian I. Kaplan, Esq.

_____
SIDNEY H. STEIN
U.S.D.J.

This transmission consists of __1__ pages including this cover page.

An original of this Facsimile will be sent via ___Regular mail; ___Overnight; ___ Hand delivery

Please call if there is any problem with the transmission of this facsimile.

The information contained in this facsimile transmission is **PRIVILEGED AND CONFIDENTIAL** and intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.