```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    GOVERNMENT'S
                                         FORFEITURE BILL
            -v-                     :    OF PARTICULARS

JOSE HERNANDEZ,                     :    07 Cr. 1044 (SHS)
 a/k/a "Losi,"
                                    :
            Defendants.
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in the Indictment, as alleged in the Forfeiture Allegation, includes the following:

        One 2005 Honda Pilot SUV VIN # 2HKYF187X5H552012, Plate # DGD1603 (NY), registered under the name of Petrolina Rodriguez.

Dated:    New York, New York
          May 5, 2008

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By: _____
    SHARON FRASE
    Assistant United States Attorney
    Telephone: (212)637-2329

## AFFIRMATION OF SERVICE

  ELIZABETH BEDNER, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

  That I am a paralegal in the office of the United States Attorney for the Southern District of New York.

  That on May 5, 2008, I caused one copy of the attached Bill of Particulars to be delivered by first class mail to:

  Charles A. Miller
  Law Offices of Charles Andrew Miller
  105-15 Cross Bay Blvd
  Ozone Park, NY 11417

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
    May 5, 2008

                _____
                ELIZABETH BEDNER