UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA   )
   )
   ) **NOTICE OF APPEARANCE AND REQUEST**
v.   ) **FOR ELECTRONIC NOTIFICATION**
   ) **07 CR 1044 (SHS)**
JOSE HERNANDEZ,   )
   )
   Defendant.   )

TO:   Clerk of Court
   United States District Court
   Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York


by: /s/ Mark Lanpher
   Mark Lanpher
   Assistant United States Attorney
   (212) 637-2399


Cc:   Brian Kaplan, Esq.